Orders.

COMMONWEALTH *vs.* JOSEPH MATHER. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH *vs.* JOHN M. MCCAMBRIDGE. Reported below: 44 Mass. App. Ct. 285 (1998).

COMMONWEALTH *vs.* NIGEL N., a juvenile. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* EDWIN OLIVENCIA. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* NELSON PEREZ. Reported below: 44 Mass. App. Ct. 911 (1998).

COMMONWEALTH *vs.* RASHID PIGOTT. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* DONALD A. PILKINGTON, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* TONY QUINONES. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* HERIBERTO RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH *vs.* RACHEL RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH *vs.* ANGEL RODRIQUEZ. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* JULIO I. ROSARIO. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* SHI MING HO. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* ADRIEL STILLWELL. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH *vs.* DOMENIC STRAZZULLA. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH *vs.* WILLIE L. WALLACE. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* ANDRE WHITE. Reported below: 44 Mass. App. Ct. 168 (1998).

COMMONWEALTH *vs.* RODERICK WILLIAMS. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* CHARLES L. WORCESTER. Reported below: 44 Mass. App. Ct. 258 (1998).

BRUCE C. FOUCAR & others *vs.* CHELMSFORD WATER DISTRICT & others. Reported below: 44 Mass. App. Ct. 1112 (1998).

JEAN M. HOLLAND *vs.* UNITED STATES. Reported below: 44 Mass. App. Ct. 280 (1998).

CATHERINE LAMANTEA *vs.* CITY OF CAMBRIDGE. Reported below: 44 Mass. App. Ct. 1112 (1998).

DAVID E. MILLS *vs.* CONTINENTAL TRANSPORTATION NETWORK, INC., & another. Reported below: 44 Mass. App. Ct. 916 (1998).

THOMAS S. TEMPLEMAN *vs.* KRISTINE H. TEMPLEMAN. Reported below: 44 Mass. App. Ct. 1113 (1998).

March 31, 1998

*Further appellate review granted:*

COMMONWEALTH *vs.* MICHAEL J. SIMPSON. Reported below: 44 Mass. App. Ct. 154 (1998).

*Further appellate review denied:*

ADOPTION OF IRIS. Reported below: 43 Mass. App. Ct. 95 (1997).

AMERICAN UNIVERSAL INSURANCE GROUP *vs.* OLDION LUZI & another; GINA M. COLELLA, intervener. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH *vs.* GEOFFREY BELLE ISLE. Reported below: 44 Mass. App. Ct. 226 (1998).

COMMONWEALTH *vs.* STEPHEN M. DIRENZO (and a companion case). Reported below: 44 Mass. App. Ct. 95 (1997).

COMMONWEALTH *vs.* LEE DUBOIS. Reported below: 44 Mass. App. Ct. 294 (1998).

COMMONWEALTH *vs.* DARRELL J. HEON. Reported below: 44 Mass. App. Ct. 254 (1998).

COMMONWEALTH *vs.* RANDALL RODERICKS. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH *vs.* RAYMOND SOUZA (and thirteen companion cases). Reported below: 44 Mass. App. Ct. 238 (1998).

LARRY A. DAVIS, petitioner. Reported below: 44 Mass. App. Ct. 1108 (1998).

ALBINO PORTELADA'S CASE. Reported below: 44 Mass. App. Ct. 1115 (1998).

SCHOOL COMMITTEE OF BOSTON *vs.* LABOR RELATIONS COMMISSION; BOSTON PUBLIC SCHOOL BUILDINGS CUSTODIANS ASSOCIATION, intervener. Reported below: 44 Mass. App. Ct. 1111 (1998).

GARY SHEPARD & another *vs.* MASSACHUSETTS ELECTRIC COMPANY. Reported below: 44 Mass. App. Ct. 1111 (1998).

## April 24, 1998

*Further appellate review denied:*

WAYNE J. ALBA *vs.* CHRISTINE SAMPSON. Reported below: 44 Mass. App. Ct. 311 (1998).

SANDRA AVOLA *vs.* JOHN SZYMCZYK. Reported below: 44 Mass. App. Ct. 1114 (1998).

J. GIBB BROWNLIE *vs.* KANZAKI SPECIALTY PAPERS, INC. Reported below: 44 Mass. App. Ct. 408 (1998).

JANET VERA CARR *vs.* ROBERT EARLE CARR. Reported below: 44 Mass. App. Ct. 924 (1998).

COMMONWEALTH *vs.* CHARLES BENSON. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JAMAL BRUNNER. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* RICHARD CHICLANA. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* HIRAM DEJESUS. Reported below: 44 Mass. App. Ct. 349 (1998).

COMMONWEALTH *vs.* DONALD DOLINGER. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* HEIDI ERICKSON. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JOSE GONZALES. Reported below: 43 Mass. App. Ct. 926 (1997).

COMMONWEALTH *vs.* JOSE GONZALEZ. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* KEVIN JUZBA. Reported below: 44 Mass. App. Ct. 457 (1998).

COMMONWEALTH *vs.* KEVIN KIRKPATRICK. Reported below: 44 Mass. App. Ct. 355 (1998).

COMMONWEALTH *vs.* ANGEL LOPEZ. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* JOHN H. MUNROE. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* MALEK NOEL. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* EASTON E. O'GARRO. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* DOMINIC P. PERRETTI. Reported below: 44 Mass. App. Ct. 1118 (1998).

COMMONWEALTH *vs.* OWEN PREVOST. Reported below: 44 Mass. App. Ct. 398 (1998).

COMMONWEALTH *vs.* JAMES PRIDGEN. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* KENNETH C. REYNO. Reported below: 44 Mass. App. Ct. 1115 (1998).

COMMONWEALTH *vs.* EDISON REYNOSO. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* ANGEL RIVERA. Reported below: 44 Mass. App. Ct. 452 (1998).

COMMONWEALTH *vs.* RAMON RIVERA. Reported below: 44 Mass. App. Ct. 1118 (1998).